UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AMELIA CASEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:20-cv-00530-JD-MGG |
| THOR MOTOR COACH, INC., | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

The parties, by counsel, stipulate to the dismissal of this lawsuit, with prejudice, and with each party bearing its own costs.

/s/Elizabeth Ahern Wells
Elizabeth Ahern Wells
Counsel for Plaintiffs

BURDGE LAW OFFICE
82540 Washington Village Drive
Dayton, OH 45458-1850
Telephone: 937.432.9500
Fax: 937.432.9503
Email: Beth@Burdgelaw.com

/s/ Trevor Q. Gasper
Trevor Q. Gasper
Counsel for Defendant

THOR INDUSTRIES, INC.
601 E. Beardsley Ave.
Elkhart, IN 46514
Telephone: 574.970.7925
Fax: 866.549.4259
Email: tgasper@thorindustries.com